# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GREGORY B. McMILLIAN,

    Plaintiff,

v.	CASE NO. 4:07cv218-RH/WCS

STEPHANIE D. USINA, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 17), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk shall enter judgment accordingly, shall enter on the docket that the case

was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

    SO ORDERED this 26th day of October, 2007.

                                              <u>s/Robert L. Hinkle</u>
                                              Chief United States District Judge